IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**FILED**
Mar 16, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARCOS ANTHONY LOPEZ-TRUJILIO, a/k/a "MARCOS LOPEZ", a/k/a "COMPA",<br><br>　　　　　　Defendant. | **1:22-mj-00039-SKO**<br><br>Case No. 3:22-mj-00117-KFR<br><br>**ORDER** |

Having duly considered the Government's Motion for Expedited Consideration at Docket 3 and Motion for Revocation of Magistrate's Order of Release Pursuant to 18 U.S.C. § 3145, the motions are GRANTED.

IT IS HEREBY ORDERED that U.S. Magistrate Judge Sheila K. Oberto's order of release in U.S. District Court for the Eastern District of California Case No. 1:22-mj-00039-SKO-1 is REVOKED, and Defendant to be remanded to the custody of the U.S. Marshals Service and transported to the District of Alaska for further proceedings.

IT IS SO ORDERED this 16th day of March, 2022, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua M. Kindred*
　　　　　　　　　　　　　　　　　　　　　　　　JOSHUA M. KINDRED
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge